# Court of Appeals
# of the State of Georgia

ATLANTA,  November 04, 2019

*The Court of Appeals hereby passes the following order:*

**A20I0081.  CITY OF EAST POINT v. MIRIAM WYATT GRIER.**

Upon review, the City of East Point's application for interlocutory appeal is hereby DENIED. Respondent Miram Wyatt Grier's request for frivolous appeal sanctions also is DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  11/04/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*